Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
2008 AUG -4 PM 3:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

___ DEPUTY

AARON WALKER, an individual;
YOLONDA WALKER, an individual,
                    Plaintiffs,
                    vs
SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited
Liability Company; DEUTSCHE BANK NATIONAL TRUST
COMPANY, as TRUSTEE ON BEHALF OF THE HOLDERS OF
THE TERWIN MORTGAGE TRUST 2006-9HGA, ASSET-BACKED
CERTIFICATES, TMTS SERIES 2006-9HGA, an entity of unknown
form; AXIS MORTGAGE & INVESTMENT, an entity of unknown
form; AXIS MORTGAGE & INVESTMENT, LLC, an Arizona
Limited Liability Company; BILTMORE BANK OF ARIZONA,
a banking institution; CHASE HOME FINANCE LLC, a Delaware
Limited Liability Company; REGIONAL TRUSTEE SERVICES
CORPORATION, a Washington Corporation; and DOES 1-10,
                    inclusive, Defendants.

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 1411 H NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Deborah L. Raymond
Law Offices of Deborah L. Raymond
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
Tel: 858-481-9559

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

AUG - 4 2008

W. Samuel Hamrick, Jr.
CLERK
K. HAMMERLY

By _____, Deputy Clerk

DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)