LAW OFFICES OF DEBORAH L. RAYMOND
Deborah L. Raymond, SBN 173528
445 Marine View Avenue, Suite 305
Del Mar, CA 92014
(858) 481-9559

Attorney For Plaintiffs, AARON WALKER and YOLONDA WALKER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON WALKER, an individual; YOLONDA WALKER, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company; DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-9HGA, ASSET-BACKED CERTIFICATES, TMTS SERIES 2006-9HGA, an entity of unknown form; AXIS MORTGAGE & INVESTMENT, an entity of unknown form; AXIS MORTGAGE & INVESTMENTS, LLC, a Arizona Limited Liability Company; BILTMORE BANK OF ARIZONA, a banking institution; CHASE HOME FINANCE LLC, a Delaware Limited Liability Company; REGIONAL TRUSTEE SERVICES CORPORATION, a Washington Corporation; and DOES 1-10, inclusive,<br><br>    Defendant(s). | Case No. 08cv1411H (NLS)<br><br>**PROOF OF SERVICE** |

Walker et al. v. Specialized Loan Servicing, LLC et al.
Case No. 08cv1411H (NLS)

Proof of Service

1

I am employed in the City of Del Mar, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 445 Marine View Avenue, Suite 305, Del Mar, California 92014.

On August 4, 2008, I caused to be served the following document(s): copy(ies) of

**1)**      **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;**

**2)**      **PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION;**

**2)**      **DECLARATION OF DEBORAH L. RAYMOND IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION;**

**3)**      **DECLARATION OF AARON WALKER IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION;**

**4)**      **DECLARATION OF YOLONDA WALKER IN SUPPORT OF APPLICATION FOR TRO AND PRELIMINARY INJUNCTION;**

**5)**      **SUMMONS AND COMPLAINT; and**

**6)**      **PROOF OF SERVICE.**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

SPECIALIZED LOAN SERVICING
Attn: Legal Dept.
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

REGIONAL TRUSTEE SERVICES CORPORATION
Attn: ROBINSON TAIT PS
616 1ST AVE STE 500
SEATTLE, WA 98104

Deutsche Bank National Trust Company
Attn: Legal Dept.
60 Wall Street Mail Stop NYC60-3012
New York, NY 10005-5391

| | |
|---|---|
| 1 | AXIS MORTGAGE & INVESTMENT, |
| 2 | A DIVISION OF THE BILTMORE BANK OF ARIZONA and<br>AXIS MORTGAGE & INVESTMENT LLC |
| 3 | Attn: Legal Dept.<br>1201 S. ALMA SCHOOL RD., SUITE 3700 |
| 4 | MESA, ARIZONA 85210 |
| 5 | BILTMORE BANK OF ARIZONA |
| 6 | Attn: Legal Dept.<br>5055 N. 32nd Street |
| 7 | Phoenix, AZ 85018 |
| 8 | CHASE HOME FINANCE LLC |
| 9 | 194 WOOD AVENUE S LEGAL DEPT 2ND FLOOR<br>ISELIN, NJ 08830 |

[ ]   **(BY MAIL)** I placed each of the above referenced documents in a sealed envelope, with postage thereon fully prepaid for first-class mail for collection and mailing at Solana Beach or Encinitas, California, following ordinary business practices. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service pursuant to which practice the correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business.

[XX]   **(BY EXPRESS MAIL U.S. POSTAL SERVICE)** I placed each of the above referenced documents in a sealed EXPRESS MAIL envelope, with postage thereon fully prepaid for Express Mail, United States Postal Service for collection and mailing at Solana Beach or Encinitas, California.

[ ]   **(BY PERSONAL DELIVERY)** Each such document was placed in a sealed envelope and sent by personal messenger to be hand delivered to the attorneys' offices listed above.

[XX]   **(BY FACSIMILE)** I sent each such document by facsimile to Deutsche Bank National Trust Company Legal Dept. at facsimile# 1-714-247-6022; and to Specialized Loan Servicing LLC at facsimile#1-720-241-7526.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Del Mar, California on August 4, 2008.

/s/ Deborah L. Raymond
Deborah L. Raymond, Esq.