1  LAW OFFICES OF DEBORAH L. RAYMOND
   Deborah L. Raymond, SBN 173528
2  445 Marine View Avenue, Suite 305
   Del Mar, CA 92014
3  (858) 481-9559

4
   Attorney For Plaintiffs, AARON WALKER and YOLONDA WALKER
5

6

7

8                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
9

10
                                              Case No.  08cv1411H (NLS)
11 AARON    WALKER,    an    individual;
   YOLONDA WALKER, an individual,
12
          Plaintiffs,
13 vs.

14 SPECIALIZED LOAN SERVICING, LLC, a      **NOTICE OF WITHDRAWAL OF**
   Delaware   Limited   Liability   Company;  **APPLICATION FOR PRELIMINARY**
15 DEUTSCHE BANK NATIONAL TRUST            **INJUNCTION WITHOUT PREJUDICE**
   COMPANY, as TRUSTEE ON BEHALF OF
16 THE    HOLDERS    OF    THE    TERWIN
   MORTGAGE TRUST 2006-9HGA, ASSET-
17 BACKED CERTIFICATES, TMTS SERIES
   2006-9HGA, an entity of unknown form;
18 AXIS MORTGAGE & INVESTMENT, an
   entity of unknown form; AXIS MORTGAGE
19 & INVESTMENTS, LLC, a Arizona Limited
   Liability Company; BILTMORE BANK OF
20 ARIZONA, a banking institution; CHASE
   HOME FINANCE LLC, a Delaware Limited
21 Liability Company; REGIONAL TRUSTEE
   SERVICES CORPORATION, a Washington
22 Corporation; and DOES 1-10, inclusive,

23
          Defendant(s).
24

25

26

TO: TO: DEFENDANTS, SPECIALIZED LOAN SERVICING, LLC; DEUTSCHE BANK NATIONAL TRUST COMPANY, as TRUSTEE ON BEHALF OF THE HOLDERS OF THE TERWIN MORTGAGE TRUST 2006-9HGA, ASSET-BACKED CERTIFICATES, TMTS SERIES 2006-9HGA; AXIS MORTGAGE & INVESTMENT; AXIS MORTGAGE & INVESTMENTS, LLC; BILTMORE BANK OF ARIZONA; CHASE HOME FINANCE LLC; REGIONAL TRUSTEE SERVICES CORPORATION; AND, THEIR ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs hereby withdraws their application for a Preliminary Injunction enjoining Defendants and their agents, assigns, employees, officers, attorneys, and representative from engaging in or performing any act to deprive Plaintiff of ownership or possession of the real property located at 7869 Bloomfield Road, San Diego, California 92114 (hereinafter the "Property"), including but not limited to instituting, prosecuting, or maintaining foreclosure or sale proceedings on the Property, from recording any deeds or mortgages regarding the Property or from otherwise taking any steps whatsoever to deprive Plaintiff of ownership in the Property, and in particular from proceeding with the sale of the Property scheduled for August 8, 2008.

Plaintiffs' counsel was notified by Alan White, counsel for defendants Specialized Loan Servicing, LLC and Deutsche Bank National Trust Company that it was confirmed to him that the Trustee's Sale on the Property scheduled for 10:00 a.m. on August 8, 2008 was cancelled. Plaintiff has confirmed that defendant Regional Trustee Services Corporation has closed the file. A copy of the email sent to Plaintiffs' counsel from attorney Alan White is herein attached as Exhibit "NOW-A"; a copy of the printout from Regional Trustee Services Corporation's website confirming the file is closed is herein attached as Exhibit "NOW-B".

On the grounds that the Trustee's Sale scheduled for August 8, 2008 has been cancelled the application for a Preliminary Injunction is presently moot, Plaintiffs seek to withdraw their current

Walker et al. v. Specialized Loan Servicing, LLC et al.
Case No. 08cv1411H (NLS)                    2                    Notice of Withdrawal of Application For
                                                                  Preliminary Injunction Without Prejudice

1    application without prejudice to file another application for a Temporary Restraining Order and a

2    Preliminary Injunction in the future, if necessary.

3    Dated: August 15, 2008

4                                                    /s/ Deborah L. Raymond
                                                     Deborah L. Raymond, Esq.
5                                                    Attorney for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Deborah L. Raymond**

**From:**   Alan White [aiwhitelaw@gmail.com]
**Sent:**   Monday, August 11, 2008 1:09 PM
**To:**     draymond@lawinfo.com
**Subject:** Walker

It has been reconfirmed to me that the sale has been cancelled. To make sure you get notice in the future, you should record a Request for Notice.

LAW OFFICES OF ALAN I. WHITE

20281 SW Birch Street, Suite 100

Newport Beach, California 92660

949-752-9001 Office

949-752-9007 Fax

aiwhitelaw@gmail.com

EXHIBIT "NOW-A"

| | |
|---|---|
| **Trustee Sale Number:** | 05-FSL-56977 |
| **Trustor:** | AARON WALKER, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY |
| **Property Address:** | 7869 BLOOMFIELD ROAD, SAN DIEGO, CA   92114 |

| | |
|---|---|
| **Sale Location:** | AT THE SOUTH ENTRANCE TO THE COUNTY COURTHOUSE , 220 WEST BROADWAY SAN DIEGO |
| **Trustee's Sale Date:** | 8/8/2008 10:00:00 AM |
| **Bid Amount:** | $_____ |
| **Purchase Amount:** | $_____ |
| **Purchaser:** | |
| **File Closed:** | 8/7/2008 7:48:54 AM |
| **Reason Closed:** | Litigation Pending |
| **Comments:** | |

[ Find Another ]

Close Window

**EXHIBIT "NOW-B"**

1  LAW OFFICES OF DEBORAH L. RAYMOND
   Deborah L. Raymond, SBN 173528
2  445 Marine View Avenue, Suite 305
   Del Mar, CA 92014
3  (858) 481-9559

4

   Attorney For Plaintiffs, AARON WALKER and YOLONDA WALKER
5

6

7

8                       UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA
9

10
                                                Case No.  08cv1411H (NLS)
11 AARON     WALKER,     an     individual;
   YOLONDA WALKER, an individual,
12
           Plaintiffs,
13 vs.

14 SPECIALIZED LOAN SERVICING, LLC, a        **PROOF OF SERVICE**
   Delaware  Limited  Liability  Company;
15 DEUTSCHE  BANK  NATIONAL  TRUST
   COMPANY, as TRUSTEE ON BEHALF OF
16 THE   HOLDERS   OF   THE   TERWIN
   MORTGAGE TRUST 2006-9HGA, ASSET-
17 BACKED CERTIFICATES, TMTS SERIES
   2006-9HGA, an  entity  of  unknown  form;
18 AXIS MORTGAGE & INVESTMENT, an
   entity of unknown form; AXIS MORTGAGE
19 & INVESTMENTS, LLC, a Arizona Limited
   Liability Company; BILTMORE BANK OF
20 ARIZONA, a banking institution; CHASE
   HOME FINANCE LLC, a Delaware Limited
21 Liability Company; REGIONAL TRUSTEE
   SERVICES CORPORATION, a Washington
22 Corporation; and DOES 1-10, inclusive,
23
           Defendant(s).
24

25

26 _____

Walker et al.  v. Specialized Loan Servicing, LLC et al.                    Proof of Service
Case No. 08cv1411H (NLS)                          1

1    I am employed in the City of Del Mar, County of San Diego, California. I am over the

2    age of 18 years and not a party to the within action. My business address is 445 Marine View

3    Avenue, Suite 305, Del Mar, California 92014.

4    On August 15, 2008, I caused to be served the following document(s): copy(ies) of

5    **1)    NOTICE OF WITHDRAWAL OF APPLICATION FOR PRELIMINARY**

6    **INJUNCTION WITHOUT PREJUDICE; and**

7    **2)    PROOF OF SERVICE.**

8    on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as

9    follows:

10   Alan I. White, Esq.

11   Law Office of Alan I. White
     20281 SW Birch St Ste 100

12   Newport Beach, CA, 92660
     (Attorney for SLS and Deutsche Bank)

13

14   Randall P. Mroczynski
     Attorney at Law

15   COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
     535 Anton Boulevard, 10th Floor

16   Costa Mesa, CA 92626
     (Attorney for Biltmore Bank and Axis Mortgage and Investment and Axis Mortgage and Investment

17   LLC)

18   REGIONAL TRUSTEE SERVICES CORPORATION
     Attn: ROBINSON TAIT PS

19   616 1ST AVE STE 500

20   SEATTLE, WA 98104

21   CHASE HOME FINANCE LLC
     194 WOOD AVENUE S LEGAL DEPT 2ND FLOOR

22   ISELIN, NJ 08830

23   [XX]    **(BY MAIL)** I placed each of the above referenced documents in a sealed envelope,
             with postage thereon fully prepaid for first-class mail for collection and mailing at

24           Solana Beach or Encinitas, California, following ordinary business practices. I am
             familiar with the business' practice for collection and processing of correspondence for

25           mailing with the United States Postal Service pursuant to which practice the
             correspondence will be deposited with the United States Postal Service this same day

26

1    in the ordinary course of business.

2    []    **(BY EXPRESS MAIL U.S. POSTAL SERVICE)** I placed each of the above
      referenced documents in a sealed EXPRESS MAIL envelope, with postage thereon
3    fully prepaid for Express Mail, United States Postal Service for collection and mailing
      at Solana Beach or Encinitas, California.
4

5    [ ]    **(BY PERSONAL DELIVERY)**  Each such document was placed in a sealed
      envelope and sent by personal messenger to be hand delivered to the attorneys' offices
6    listed above.

7    []    **(BY FACSIMILE)** I sent each such document by facsimile to

8    [XX]    **(BY EMAIL)** I sent each such document by email to Alan White email address:
      aiwhitelaw@gmail.com    and    to    Randall    P.    Mroczynski    email    address:
9    mroczynski@cookseylaw.com.

10
      I declare under penalty of perjury under the laws of the State of California that the
11
foregoing is true and correct.
12
      Executed at Del Mar, California on August 15, 2008.
13

14
                                                          /s/ Deborah L. Raymond
15                                                        Deborah L. Raymond, Esq.

16

17

18

19

20

21

22

23

24

25

26